

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 F. Street, NE
Washington, DC 20549

**DIVISION OF ENFORCEMENT**

Ian Dattner
Senior Counsel
(202) 551-4763
dattneri@sec.gov

December 3, 2018

<u>VIA ECF FILING</u>
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Re: <u>Securities and Exchange Commission (SEC) v. Mark Suleymanov, 18-CV-6854</u>

To the Honorable Court:

    I have enclosed the Consent of Defendant Mark Suleymanov and the proposed Judgment as to Defendant Mark Suleymanov as attachments 1 and 2, respectively. Pursuant to the consent, Defendant Suleymanov has agreed, among other things: to waive service of a summons and the complaint; and to a permanent injunction with the amounts of disgorgement, prejudgment interest and any civil penalty to be determined by the Court upon motion of the SEC. We appreciate your attention to this matter.

Very truly yours,

Ian Dattner